Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Williams, | ) Case No. 4:11-cv-00553-JGZ |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| Blatt, Hassenmiller, Leibsker & Moore, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of Arizona, Plaintiff's Notice Voluntary of Dismissal of Case With Prejudice. **A** copy of this Notice is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 28th day of December, 2011.

        By:s/Marshall Meyers
        **Marshall Meyers**
        **WEISBERG & MEYERS, LLC**
        **5025 North Central Ave., #602**
        **Phoenix, AZ 85012**
        **602 445 9819**
        **866 565 1327 facsimile**
        **mmeyers@AttorneysForConsumers.com**
        **Attorney for Plaintiff**

1  Filed electronically on this 28th day of December, 2011, with:

2  United States District Court CM/ECF system
3
4
   By: s/Dana Patch
5        Dana Patch

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28